EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Hon. Liana Fiol Matta | 2002 TSPR 102<br><br>157 DPR \_\_\_\_ |

Número del Caso: EM-2002-2

Fecha: 28/junio/2002

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Hon. Liana Fiol Matta                    Reconocimiento


RESOLUCIÓN


San Juan, Puerto Rico, a 28 de junio de 2002.


POR CUANTO, desde el 10 de mayo de 1996 al presente, la Honorable Liana Fiol Matta se ha desempeñado como Jueza Administradora del Tribunal de Circuito de Apelaciones de Puerto Rico.

POR CUANTO, la Jueza Fiol Matta se ha caracterizado por su profesionalismo, trabajo y dedicación; ejerciendo su ministerio con esmero, laboriosidad y compromiso institucional.

POR CUANTO, la Jueza Fiol Matta, aceptó con entusiasmo todas las encomiendas especiales que le hiciera el Juez Presidente y el Tribunal Supremo, destacándose en el cumplimiento de éstas, a su vez que cumplía con su responsabilidad como Jueza Administradora.

POR CUANTO, la Jueza Fiol Matta se ha distinguido por su temperamento judicial en el desempeña de sus funciones administrativas.

**POR TANTO, el Tribunal Supremo de Puerto Rico resuelve:**

PRIMERO:  Reconocer todas sus aportaciones al Tribunal de Circuito de Apelaciones así como a la Rama Judicial, y

SEGUNDO: Consignar nuestro agradecimiento a la Honorable Liana Fiol Matta por su valiosa aportación a la administración de la justicia en Puerto Rico.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez no intervino.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo